③

*copy to Judgments + Exhibit Clerk*

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | |
|---|---|
| SHELLEY MOUNTJOY, <br> Plaintiff, | ) <br> ) <br> ) |
| VERSUS | )     CL-2012-9756 <br> ) |
| JEFFREY WISMER, <br> Defendant. | ) <br> ) <br> ) |

### FINAL ORDER
### JURY TRIAL

**THIS CAUSE** came on for trial upon the pleadings filed by the parties herein and

**UPON CONSIDERATION** of the evidence presented, the argument of counsel, the rulings of the Court and the verdict of the jury, it is,

**ADJUDGED**, and **ORDERED** that judgment be and is hereby entered in favor of the Plaintiff, SHELLEY MOUNTJOY, against the Defendant, JEFFREY WISMER, on Count I, Computer Harassment, in the sum of $62,500.00 in compensatory damages and $50,000.00 in punitive damages. On Count II compensatory damages in the amount of $92,500.00 and punitive damages in the amount of $100,000.00. The total judgment amount is $305,000.00

The Jury found for the Defendant on Count III-Stalking.

It is further **ADJUDGED**, and **ORDERED** that in the event no appeal is timely filed, the Clerk of the Court be, and hereby is authorized to destroy or return to the parties, if requested, all exhibits in this case, whether identified or admitted, forty-five (45) days after this Order becomes final.

**AND THIS CAUSE IS ENDED**

Entered on June ___21___, 2013.

_____
JUDGE MICHAEL F. DEVINE

EXHIBIT
B


I ask for this:

_____
Justin Daniel, Counsel for Plaintiff

Seen and ___OBJECTIONS___ to Double Award for the same emotional injury.

_____
Jeffrey Wismer, Pro Se Defendant

A COPY TESTE:
JOHN T. FREY, CLERK
BY: Carlota Castillo
Deputy Clerk
Date: 05/31/2013
Original retained in the office of the Clerk of the Circuit Court of Fairfax County, Virginia