Instruction No. 6

## Harassment by Computer (Count I)

You shall return your verdict for Shelley Mountjoy if she has proven by the greater weight of the evidence that:

(1) The defendant, Jeffrey Wismer, used a computer or computer network to to communicate obscene, vulgar, profane, lewd, lascivious, or indecent language, or make any suggestion or proposal of an obscene nature, or threaten any illegal or immoral act; and

(2) Did so with the intent to coerce, intimidate, or harass Shelley Mountjoy.

You shall find your verdict for the defendant, Jeffrey Wismer, if Shelley Mountjoy failed to prove any one or more of the two (2) elements above.

EXHIBIT C

Instruction No. 9

### Harassment by Computer (Count I) – General Damages

If you find your verdict on the issue of Harassment by Computer for either one, or both, of the Plaintiffs, they are entitled to recover any damages sustained and the costs of suit.

Instruction No. 12A

### General Punitive Damages (for Counts I and III only)

If you find that that a plaintiff is entitled to be compensated for his or her damages, and if you further believe by the greater weight of the evidence that the defendant acted with actual malice toward the plaintiff or acted under circumstances amounting to a willful and wanton disregard of the plaintiff's rights, then you may also award punitive damages to the plaintiff to punish the defendant for his actions and to serve as an example to prevent others from acting in a similar way.

If you award punitive damages, you must state separately in your verdict the amount you allow as compensatory damages and the amount you allow as punitive damages.

Instruction No. 14

## Inference of Intention

You may infer that every person intends the natural and probable consequences of his acts.

Granted

Instruction No. 25

## Punitive Damages: Definition of Common Law Actual Malice

"Actual malice" is a sinister or corrupt motive such as hatred, personal spite, ill will, or a desire to injure the plaintiff.